Jay T. Jambeck (SBN # 226018)
*jjambeck@leighlawgroup.com*
Mandy G. Leigh (SBN # 225748)
*mleigh@leighlawgroup.com*
Damien B. Troutman (SBN # 286616)
*dtroutman@leighlawgroup.com*
LEIGH LAW GROUP, P.C.
870 Market St., Suite 1157
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 795-3733

Attorneys for Plaintiff
C.G. (a minor)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.G. (a minor), by and through his Parents and Guardians ad Litem, DONALD and WENDY GRAHAM, <br><br> Plaintiff, <br><br> v. <br><br> REDDING CHRISTIAN SCHOOL, and DOES 1-30, inclusive, <br><br> Defendant. | Case No.: 2:19-cv-00348-MCE-KJN <br><br> **ORDER OF APPOINTMENT OF GUARDIAN AD LITEM** <br><br> **Date**: September 19, 2019 <br> **Time**: 2:00 PM <br> **Court**: Courtroom 7, 14th floor <br> **Judge**: Hon. Morrison C. England Jr. <br><br> **Complaint Filed**: February 26, 2019 <br> **Trial Date**: Not yet set |

Upon reviewing Plaintiff's Motion to Appoint Guardian Ad Litem and supporting documentation, and good cause appearing, the Court finds that it is reasonable and necessary to appoint a Guardian ad Litem for the minor child, C.G.

THE COURT ORDERS that WENDY GRAHAM is hereby appointed as the Guardian ad Litem for minor child, C.G.

IT IS SO ORDERED.

Dated: August 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE