Patrick L. Deedon, State Bar No.: 245490
John R. Powell, State Bar No.: 320187
**MAIRE & DEEDON**
2851 Park Marina Dr., #300
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 / 246-6060 (fax)
pdeedon@maire-law.com
jpowell@maire-law.com

Attorney(s) for Defendant,
REDDING CHRISTIAN SCHOOL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| C.G. (a minor), by and through his Parents and Guardians ad Litem, DONALD and WENDY GRAHAM, <br><br> Plaintiffs, <br><br> vs. <br><br> REDDING CHRISTIAN SCHOOL and DOES 1-30, inclusive <br><br> Defendants. _____/ | CASE NO.: 2:19-cv-00348-MCE-DMC <br><br> **ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENT NUMBER ECF 10 FROM THE RECORD PURSUANT TO CAED L.R. 141 AND 141.1 (Fed. R. Civ. R. Rules 5.2, 26)** |

The Court having read and considered Defendant's request for an order sealing the document electronically filed in the above-mentioned case as ECF 10, hereby finds good cause exists and orders as follows:

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

ORDER ON DEFENDANTS' REQUEST TO SEAL DOCUMENT NUMBER ECF 10 FROM THE RECORD PURSUANT TO CAED L.R. 141 AND 141.1 (Fed. R. Civ. P. Rules 5.2, 26)

PAGE 1

**IT IS HEREBY ORDERED**:

1. Defendant's request to seal ECF 10 is granted;

2. The document filed in the above-mentioned case as ECF 10 shall be sealed from the record.

IT IS SO ORDERED.

Dated: August 20, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

ORDER ON DEFENDANTS' REQUEST TO SEAL DOCUMENT NUMBER ECF 10 FROM THE RECORD PURSUANT TO CAED L.R. 141 AND 141.1 (Fed. R. Civ. P. Rules 5.2, 26)

PAGE 2

Re         :    *Graham v. Redding Christian School* (#6396)
Case No.   :    Eastern District 2:19-cv-00348-MCE-DMC

## CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in Shasta County, California; I am over the age of eighteen years and not a party to the within action; my business address is 2851 Park Marina Drive, Suite 300, Redding, California 96001; P.O. Drawer 994607, Redding, California 96099-4607; on this date I served:

**[PROPOSED] ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENT NUMBER ECF 10 FROM THE RECORD PURSUANT TO CAED L.R. 141 AND 141.1**
**(Fed. R. Civ. P. Rules 5.2, 26)**

__X__  **United States Mail** - on all parties in said action by placing a true copy of the above described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

_____  **Facsimile** - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

_____  **Electronic Service** - by causing such document to be served electronically to the addresses listed below.

_____  **Express Service** - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

_____  **Personal Service** - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

__X__  **Federal Court** – I declare under penalty of perjury that the foregoing is true and correct and that service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to the case.

### SEE ATTACHED MAILING LIST

Executed this 12th day of August 2019 at Redding, California.

By: _____
L. MORRISON

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

ORDER ON DEFENDANTS' REQUEST TO SEAL DOCUMENT NUMBER ECF 10 FROM THE RECORD PURSUANT TO CAED L.R. 141 AND 141.1 (Fed. R. Civ. P. Rules 5.2, 26)       PAGE 3

| | |
|---|---|
| Re | : *Graham v. Redding Christian School* (#6396) |
| Case No. | : Eastern District 2:19-cv-00348-MCE-DMC |

**CERTIFICATE OF SERVICE MAILING LIST**

Damien B. Troutman
LEIGH LAW GROUP, P.C.
870 Market Street, Suite 1157
San Francisco, CA 94102
Tel: (415) 399-9155 / 795-3733 Fax
jjambeck@leighlawgroup.com
mleigh@leighlawgroup.com
dtroutman@leighlawgroup.com
***ATTORNEYS FOR PLAINTIFFS***

Maire & Deedon
2851 Park Marina Dr. Ste. 300
P.O. Drawer 994607
Redding, CA. 96099-4607
(530) 246-6050

PAGE 4

ORDER ON DEFENDANTS' REQUEST TO SEAL DOCUMENT NUMBER ECF 10 FROM THE RECORD PURSUANT TO CAED L.R. 141 AND 141.1 (Fed. R. Civ. P. Rules 5.2, 26)