Jay T. Jambeck (SBN # 226018)
*jjambeck@leighlawgroup.com*
Mandy G. Leigh (SBN # 225748)
*mleigh@leighlawgroup.com*
Damien B. Troutman (SBN # 286616)
*dtroutman@leighlawgroup.com*
LEIGH LAW GROUP, P.C.
870 Market St., Suite 1157
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 795-3733

Attorneys for Plaintiff
C.G. (a minor), by and through his Parents and Guardians ad Litem,
DONALD and WENDY GRAHAM

Patrick L. Deedon, State Bar No. 245490
John R. Powell, State Bar No. 320187
MAIRE & DEEDON
2851 Park Marina Dr., #300
Post Office Drawer 994607
Redding, California 96099-4607
(530) 246-6050 I 246-6060 (fax)
pdeedon@maire-law.com
jpowell@maire-law.com

Attorneys for Defendant
REDDING CHRISTIAN SCHOOL

# IN THE UNITIED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.G. (a minor), by and through his Parents and Guardians ad Litem, DONALD and WENDY GRAHAM,<br><br>Plaintiff,<br><br>v.<br><br><br>REDDING CHRISTIAN SCHOOL, and DOES 1-30, inclusive,<br><br>Defendant. | **Case No.**: 2:19-cv-00348-MCE-DMC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br><br><br><br><br>**Discovery Deadline**: February 27, 2020<br>**Trial Date**: Not yet set |

---

STIPULATION & ORDER       1      (Case No. 2:19-cv-00348-MCE-DMC)

Pursuant to Fed. R. Civ. P. 16 and this Court's Local Rules 143-44, Plaintiff C.G. ("Plaintiff") and Defendant REDDING CHRISTIAN SCHOOL ("Defendant"), by and through their undersigned attorneys of record, hereby agree and stipulate as follows:

1. On February 27, 2019, the Court ordered the completion of all non-expert discovery by Thursday, February 27, 2020. (*See* Dkt. # 4, 2:17-18).

2. In addition to written discovery, the parties have diligently taken discovery in this matter, including completing the depositions of Plaintiff and his parents on January 8, 2020. The parties mutually agree that additional discovery, including depositions taken by Plaintiff's counsel of Defendants' decision-maker(s), are necessary before the non-expert discovery deadline to assess the possibility of informal resolution, and to determine whether summary judgment motion practice will be necessary. To facilitate the informal resolution talks and minimize any need to utilize judicial resources, Plaintiff counsel granted Defendant an extension until February 11, 2020 to respond to written discovery requests served by Plaintiff's counsel on December 24, 2019.

3. Accordingly, the parties stipulate and request amendment of the above-mentioned non-expert discovery deadline to March 31, 2020.

4. The parties agree that "good cause" exists for the requested amendment. See *Schaffner v. Crown Equipment Corporation*, 2011 WL 6303408, at *2 (N.D. Cal. Dec. 16, 2011) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (stating that "good cause" exists when a deadline "cannot reasonably be met despite the diligence of the party seeking the extension."); *Hood v. Hartford Life & Accident Ins. Co.*, 567 F.Supp.2d 1221, 1224 (E.D. Cal. 2008) (providing that good cause is established by showing (1) diligence in assisting

the creation of a workable Rule 16 order; (2) noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding the parties' diligence to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) diligence in seeking amendment of the Rule 16 order, once it became apparent that the parties could not comply with the order).

5. The parties do not discern any prejudice to themselves or the Court by these requested extensions, as no trial date has been set. (*See e.g.*, Dkt. # 4, 5:16-6:16).

6. Neither party has previously requested amendment of the scheduling order in this matter.

ACCORDINGLY, THE PARTIES STIPULATE AND RESPECTFULLY REQUEST AMENDMENT OF THE SCHEDULING ORDER AS FOLLOWS:

    a. Non-expert discovery cutoff: March 31, 2020

IT IS SO STIPULATED THROUGH COUNSEL:

Date: February 14, 2020          LEIGH LAW GROUP, P.C.

                                       */s/ Damien B. Troutman*
                                       DAMIEN B. TROUTMAN
                                       Attorney for Plaintiff C.G.

Date: February 14, 2020          MAIRE & DEEDON

                                       */s/ John R. Powell*
                                       PATRICK L. DEEDON
                                       JOHN R. POWELL
                                       Attorney for Defendant
                                       REDDING CHRISTIAN SCHOOL

In accordance with the foregoing stipulation, IT IS SO ORDERED.

DATED: February 20, 2020

                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE